IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MANUEL RAMIRO INGA GUAMAN (A222-519-632),<br><br>                        Petitioner,<br><br>    v.<br><br>TODD BLANCHE, Acting Attorney General of the United States; KRISTEN SULLIVAN, Acting Field Office Director of Immigration and Customs Enforcement, Atlanta Field Office; WARDEN OF IRWIN COUNTY DETENTION CENTER; MARKWAYNE MULLIN, Secretary of The Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>                        Respondents. | Case No.7:26–cv–00147–WLS–CHW<br><br>**DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS** |

## DISMISSAL OF PETITION FOR A WRIT OF HABEAS CORPUS

The petitioner hereby dismisses the above-styled petition and any amendment, pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure.

This May 27, 2026.

Respectfully submitted,

/s/Noemi Puntier

Noemi Puntier
Attorney for Petitioner
Georgia Bar: 661434

Puntier Law Firm, LLC
5300 Oakbrook Pkwy, Suite 390
Norcross, Georgia 30093
Tel:404-902-6004
Email: Noemi@puntierlaw.com

SO ORDERED this 28th day
of May, 2026.

W. Louis Sands, Sr. Judge
United States District Court

<u>CERTIFICATE OF SERVICE</u>

I hereby certify under penalty of perjury that I caused the attached Notice of

Voluntary Dismissal to be served electronically (the court's electronic filing

system) on all the parties to this proceeding

This May 27, 2026.

Respectfully submitted,


/s/Noemi Puntier

_____

Noemi Puntier
Attorney for Petitioner
Georgia Bar: 661434

Puntier Law Firm, LLC
5300 Oakbrook Pkwy, Suite 390
Norcross, Georgia 30093
Tel:404-902-6004
Email: Noemi@puntierlaw.com